**AFFIRMED; Opinion Filed January 25, 2019.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00805-CR
No. 05-18-00830-CR

**ROBERT BERNARD RICHARDSON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F15-76782-U, F17-18579-U**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Nowell
Opinion by Justice Nowell

Appellant Robert Bernard Richardson waived a jury trial and pleaded guilty to aggravated

assault with a deadly weapon and possession of cocaine in an amount of one gram or more but less

than four grams. After finding appellant guilty, the trial court assessed punishment at ten years'

imprisonment in each case. On appeal, appellant's attorney filed a brief in which she concludes

the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v.*

*California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record

showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d

807, 812 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of

*Anders*). Counsel delivered a copy of the brief to appellant. We advised appellant of his right to

file a pro se response, but he did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313,

319–21 (Tex. Crim. App. 2014) (noting appellant has right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.


/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
180805F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROBERT BERNARD RICHARDSON, Appellant

No. 05-18-00805-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F15-76782-U.
Opinion delivered by Justice Nowell.
Justices Schenck and Reichek participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.


Judgment entered this 25th day of January, 2019.



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

ROBERT BERNARD RICHARDSON, Appellant

No. 05-18-00830-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 291st Judicial District Court, Dallas County, Texas
Trial Court Cause No. F17-18579-U.
Opinion delivered by Justice Nowell.
Justices Schenck and Reichek participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 25th day of January, 2019.